AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-4662

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Justin Bieber Brands, LLC</u> was received by me on *(date)* <u>Jun 18, 2020, 11:11 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Heather Howie, Managing Agent Authorized to Accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Justin Bieber Brands, LLC</u> on *(date)* <u>Thu, Jun 18 2020</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: June 19, 2020

*Server's signature*

Danielle Stevens, Process Sever

*Printed name and title*

Delaware Attorney Services
3516 Silverside Road, Unit 16, Wilmington, DE 19810

*Server's address*

Additional information regarding attempted service, etc.:
Documents Served: Summons in a Civil Action; Complaint with Exhibits A and B; and Civil Cover Sheet

1) Successful Attempt: Jun 18, 2020, 2:10 pm EDT at Eresidentagent, Inc. 1013 Centre Rd., Suite 403S, Wilmington, DE 19805 received by Heather Howie, Managing Agent Authorized to Accept. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 120; Height: 5'5"; Hair: Blond;